**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

AL MEYERS,

Plaintiff,

vs.

ORDER
CV 00-508 RHK/JMM

JOSTEN'S INC.,

Defendant.

The court having been advised by counsel that the above case has been settled, the parties needing additional time to finalize a settlement agreement.,

**IT IS ORDERED** that the court will retain jurisdiction over this action for an additional thirty (30) days to permit any party to move to reopen, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: May 30, 2000

**RICHARD H. KYLE**, Judge
United States District Court

FILED MAY 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.
DEPUTY CLERK