UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Al Meyers,
Plaintiff,

v.

Jostens, Inc.,
Defendant.

Case No. 00-508 RHK/JMM

**STIPULATION OF DISMISSAL WITH PREJUDICE UPON THE MERITS**

---

It is hereby stipulated and agreed by and between the parties in the above-entitled matter and their respective undersigned counsel that the same may be, and hereby is, dismissed with prejudice upon the merits and without further costs to any party.

June 9th, 2000.

SISAM & WATJE, LTD.

Steven Moore

Galen E. Watje, #114790
Steven Moore, #252463
6600 France Avenue South, Suite 360
Edina, MN 55435
Telephone: 612/285-8031
Facsimile: 612/920-8812
**Attorneys for Plaintiff**

June 12, 2000.

BRIGGS AND MORGAN

James J. Long, #190858
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612/334-8400
Facsimile: 612/334-8650
**Attorneys for Defendant**

C:\WPWIN60\WPDOCS\MEYER\STIPDISM.WPD

FILED JUN 14 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Al Meyers,
Plaintiff,

v.

Jostens, Inc.,
Defendant.

Case No. 00-508 RHK/JMM

**ORDER FOR DISMISSAL**

---

Based on the foregoing Stipulation of Dismissal,

IT IS HEREBY ORDERED that the above action be dismissed in its entirety with prejudice on the merits, without costs, attorney fees and disbursements to the parties herein.

Dated: 6/13, 2000.

Richard H. Kyle
Judge of U.S. District Court

C:\WPWIN60\WPDOCS\MEYER\ORDDISM.WPD